1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS DEWANE BROWN, | Case No. 1:22-cv-00216-JLT-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE NOTICE OF STATUS OF SERVICE |
| v. | FIVE DAY DEADLINE |
| CITY OF FRESNO, et al., | |
| Defendants. | |

Plaintiff filed this action on February 21, 2022.  On August 29, 2019, an order issued setting the mandatory scheduling conference for May 23, 2022.  As of this date, Plaintiff has not filed proof of service of the summons and complaint as to any of the Defendants.

Accordingly, IT IS HEREBY ORDERED that, within five days of the date of entry of this order, Plaintiff shall file notice of the status of service on the Defendants in this action. Plaintiff is advised that failure to comply with this order may result in the issuance of sanction, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated:   **May 10, 2022**

UNITED STATES MAGISTRATE JUDGE

1