# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS DEWANE BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FRESNO, et al.,<br><br>　　　　　Defendants. | Case No. 1:22-cv-00216-JLT-SAB<br><br>ORDER TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY<br><br>(ECF No. 9)<br><br>**DEADLINE: SEPTEMBER 30, 2022** |

  Plaintiff Lewis Dewane Brown initiated this action on February 21, 2022. (ECF No. 1.) On May 16, 2022, Plaintiff requested an extension of time to complete service. (ECF No. 8.) The Court granted Plaintiff's request, ordering service be completed within 120 days (September 14, 2022). (ECF No. 8.) On September 20, 2022, the Court ordered Plaintiff to file a status report as to service. (ECF No. 9.) The status report was due by September 25, 2022. The Court notes that the deadline to file a status report has expired, but nothing has been filed.

  Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions … within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir.

2000).

The Court shall require Plaintiff to show cause why sanctions should not issue for the failure to file a status report in compliance with the Court's September 20, 2022 order (ECF No. 9).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall show cause in writing **no later than September 30, 2022**, why **sanctions, including monetary sanctions or dismissal,** should not issue for the failure to file dispositional documents as required by the September 20, 2022 order; and

2. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:   **September 27, 2022**

UNITED STATES MAGISTRATE JUDGE