# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS DEWANE BROWN, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FRESNO, et al.,<br><br>Defendants. | Case No. 1:22-cv-00216-JLT-SAB<br><br>ORDER DIRECTING PLAINTIFF TO FILE STATUS REPORT REGARDING CERTAIN DEFENDANTS' RESPONSIVE PLEADINGS AND READINESS FOR INITIAL SCHEDULING CONFERENCE<br><br>**JUNE 15, 2026 DEADLINE** |

Plaintiff commenced this action on February 21, 2022.  (ECF No. 1.)  As relevant here, on March 16, 2026, the District Judge granted Plaintiff's motion for leave to amend to raise additional claims.  (ECF Nos. 36, 65.)  On April 3, 2026, Plaintiff filed his first amended complaint.  (ECF No. 66.)  On April 17, 2026, Defendants City of Fresno, Mayor Jerry Dyer, Lt. Robert Beckwith, Officer Gary Holden, Officer Andrew Diaz, and Officer Nicholas Quisenberry filed their joint answer to the operative complaint.  (ECF No. 68.)  In addition to these Defendants, the first amended complaint brings claims against Defendants Chief Paco Balderrama, Former Chief Andrew Hall, and Sgt. Troy Miller.  (ECF No. 68.)  An initial scheduling conference is set for July 7, 2026.  (ECF No. 62.)

Generally, the Court will not hold an initial scheduling conference with a defendant who has not appeared and answered (unless, for example, in a multi-defendant case where an entry of default been entered as to such a defendant).

Therefore, IT IS HEREBY ORDERED that **on or before June 15, 2026**, Plaintiff shall file a status report indicating the status of service upon the non-answering defendants; whether Plaintiff is prepared to hold the scheduling conference; whether the scheduling conference should be continued to allow for these defendants to answer; and/or whether Plaintiff plans to request an entry of default as to these defendants.

IT IS SO ORDERED.

Dated:    **June 8, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2