# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS DEWANE BROWN, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FRESNO, et al.,<br><br>Defendants. | Case No.  1:22-cv-00216-JLT-SAB<br><br>ORDER DIRECTING CLERK OF COURT ADJUST DOCKET TO REFLECT STIPULATED DISMISSAL OF DEFENDANTS CHIEF PACO BALDERRAMA AND FORMER CHIEF ANDREW HALL<br><br>(ECF No. 70) |

On June 8, 2026, Plaintiff and Defendants Chief Paco Balderrama and Former Chief Andrew Hall filed a stipulation to dismiss this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2).  (ECF No. 70.)

Federal Rule of Civil Procedure 41(a)(2) provides, in pertinent part, that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). "A district court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a result." Smith v. Lenches, 263 F.3d 972, 975 (9th Cir. 2001).

Here, the stipulation seeks dismissal with prejudice as to Defendants Chief Paco Balderrama and Former Chief Andrew Hall only.  The remaining claims against the other defendants are unaffected.  Because the dismissal is jointly stipulated, there is no indication that any party will suffer legal prejudice as a result.  Thus, dismissal under Rule 41(a)(2) is appropriate.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. This action is DISMISSED WITH PREJUDICE as to Defendants Chief Paco Balderrama and Former Chief Andrew Hall, with each party to bear their own costs and attorneys' fees as set forth in the stipulation; and

2. The Clerk of Court is ORDERED to TERMINATE Defendants Chief Paco Balderrama and Former Chief Andrew Hall in this action.

IT IS SO ORDERED.

Dated:   **June 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2